371 A.2d 872
Henry v. Henry, Appellant.

Argued June 22, 1976. Mark Mendenhall, for appellant; Leonidas A. Allen, for appellee.

Order affirmed.

371 A.2d 872
Jonnet et al., Appellants, v. American Sports, Inc.

Argued November 15, 1976. David Abrams and Samuel M. Rosenzweig, with them Abrams & Mazer, for appellants; Robert S. Daniels, with him Alter, Wright & Barron, for appellee.

Order affirmed.

WATKINS, P. J., absent.